**SHA-1 Hash:** DDD535C0C54E46380D01DE38C02F3CB7DE8CEECB **Title:**   Performers of the Year 2012
**Rights Owner:** Patrick Collins, Inc.

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|------|-----|---------------|------|-------|-----|---------|
| 1 | 68.38.140.7 | 5/21/2012 10:04 | Berkeley Heights | NJ | Comcast Cable | BitTorrent |
| 2 | 68.39.66.223 | 5/13/2012 19:10 | Irvington | NJ | Comcast Cable | BitTorrent |
| 3 | 68.44.170.237 | 4/30/2012 17:02 | Manchester Township | NJ | Comcast Cable | BitTorrent |
| 4 | 68.45.179.181 | 5/6/2012 15:36 | Elmer | NJ | Comcast Cable | BitTorrent |
| 5 | 68.45.22.27 | 5/28/2012 23:36 | Woodbridge | NJ | Comcast Cable | BitTorrent |
| 6 | 68.45.237.210 | 4/8/2012 17:44 | Manahawkin | NJ | Comcast Cable | BitTorrent |
| 7 | 68.46.0.241 | 6/4/2012 22:59 | Mount Holly | NJ | Comcast Cable | BitTorrent |
| 8 | 68.46.130.233 | 4/16/2012 4:11 | Thorofare | NJ | Comcast Cable | BitTorrent |
| 9 | 68.46.98.201 | 4/11/2012 14:46 | Pennsville | NJ | Comcast Cable | BitTorrent |
| 10 | 68.83.112.119 | 4/28/2012 19:05 | Pleasantville | NJ | Comcast Cable | BitTorrent |
| 11 | 69.141.147.181 | 4/8/2012 23:28 | Trenton | NJ | Comcast Cable | BitTorrent |
| 12 | 69.142.63.138 | 5/12/2012 23:12 | Middletown | NJ | Comcast Cable | BitTorrent |
| 13 | 69.248.170.116 | 4/12/2012 19:37 | Egg Harbor Township | NJ | Comcast Cable | BitTorrent |
| 14 | 76.117.180.206 | 5/8/2012 7:39 | Orange | NJ | Comcast Cable | BitTorrent |
| 15 | 76.117.24.183 | 4/7/2012 6:47 | Egg Harbor Township | NJ | Comcast Cable | BitTorrent |
| 16 | 98.221.161.85 | 4/8/2012 21:26 | Hillsborough | NJ | Comcast Cable | BitTorrent |
| 17 | 174.44.186.90 | 4/14/2012 1:20 | Warren | NJ | Optimum Online | BitTorrent |
| 18 | 24.184.39.158 | 4/4/2012 15:16 | Pompton Lakes | NJ | Optimum Online | BitTorrent |
| 19 | 24.189.105.168 | 5/13/2012 5:16 | Wayne | NJ | Optimum Online | BitTorrent |
| 20 | 24.45.108.96 | 4/24/2012 19:14 | Edison | NJ | Optimum Online | BitTorrent |
| 21 | 67.80.231.158 | 4/7/2012 15:43 | Paramus | NJ | Optimum Online | BitTorrent |
| 22 | 67.80.90.130 | 4/7/2012 7:43 | Trenton | NJ | Optimum Online | BitTorrent |

EXHIBIT A

CNJ9

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|------|-----|----------------|------|-------|-----|---------|
| 23 | 67.84.201.72 | 4/9/2012 2:07 | Hackensack | NJ | Optimum Online | BitTorrent |
| 24 | 67.84.237.22 | 5/1/2012 4:10 | Freehold | NJ | Optimum Online | BitTorrent |
| 25 | 67.85.159.38 | 4/30/2012 3:35 | North Bergen | NJ | Optimum Online | BitTorrent |
| 26 | 68.193.100.204 | 5/12/2012 3:57 | Edison | NJ | Optimum Online | BitTorrent |
| 27 | 68.199.56.125 | 5/2/2012 2:28 | Nutley | NJ | Optimum Online | BitTorrent |
| 28 | 69.112.116.84 | 5/10/2012 22:14 | Old Bridge | NJ | Optimum Online | BitTorrent |
| 29 | 69.115.15.76 | 4/1/2012 18:35 | Union City | NJ | Optimum Online | BitTorrent |
| 30 | 69.117.131.151 | 4/29/2012 10:42 | Metuchen | NJ | Optimum Online | BitTorrent |
| 31 | 74.89.98.133 | 4/5/2012 3:14 | Teaneck | NJ | Optimum Online | BitTorrent |
| 32 | 74.90.9.202 | 6/4/2012 11:58 | Saddle Brook | NJ | Optimum Online | BitTorrent |
| 33 | 100.1.76.102 | 5/10/2012 17:25 | Belleville | NJ | Verizon Internet Services | BitTorrent |
| 34 | 173.61.194.22 | 4/13/2012 23:43 | Mount Holly | NJ | Verizon Internet Services | BitTorrent |
| 35 | 173.61.38.35 | 5/29/2012 23:19 | Marlton | NJ | Verizon Internet Services | BitTorrent |
| 36 | 173.63.112.151 | 4/19/2012 5:00 | Westfield | NJ | Verizon Internet Services | BitTorrent |
| 37 | 173.63.117.134 | 4/18/2012 3:10 | Garfield | NJ | Verizon Internet Services | BitTorrent |
| 38 | 173.70.128.62 | 4/19/2012 11:21 | Maplewood | NJ | Verizon Internet Services | BitTorrent |
| 39 | 173.70.88.236 | 4/4/2012 23:51 | Saddle Brook | NJ | Verizon Internet Services | BitTorrent |
| 40 | 71.187.254.77 | 5/28/2012 20:12 | Roselle | NJ | Verizon Internet Services | BitTorrent |
| 41 | 71.188.49.97 | 4/2/2012 19:54 | Barrington | NJ | Verizon Internet Services | BitTorrent |
| 42 | 74.102.72.132 | 4/13/2012 3:55 | Middletown | NJ | Verizon Internet Services | BitTorrent |
| 43 | 96.242.162.63 | 6/4/2012 22:36 | Red Bank | NJ | Verizon Internet Services | BitTorrent |
| 44 | 96.242.244.52 | 5/22/2012 13:52 | Toms River | NJ | Verizon Internet Services | BitTorrent |

EXHIBIT A

CNJ9