# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | | ERIC MAGNELLI |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | AUDRA E. PETROLLE |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | AMANDA J. BARISICH |
| | G. GLENNON TROUBLEFIELD | | | ZACHARY S. BOWER+ |
| | BRIAN H. FENLON | | | MICHAEL CROSS |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | August 29, 2012 | | |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | | °MEMBER NY BAR ONLY |
| | | | | +MEMBER FL BAR ONLY |

*Via ECF and Federal Express*
Honorable Dennis M. Cavanaugh, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
Room PO-09
50 Walnut Street Room
Newark, New Jersey 07101

   Re: *Pfizer Inc. v. Mylan Inc., et al.*
     *(Civil Action No. 10-03246 (DMC))*
     *(consolidated with Civil Action No. 08-2137 (DMC)))*

Dear Judge Cavanaugh:

  We, along with Wiley Rein LLP, represent Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. (the "Mylan Defendants") in the above referenced action. We submit this letter in anticipation of the trial scheduled to commence on September 4, 2012 and pursuant to the direction of your deputy Scott Creegan.

  Defendants respectfully request access to the United States Courthouse and Post Office Building, including the loading dock and Your Honor's courtroom, be granted to: no more than two (2) employees of Gateway Courier our trial box transporter; to no more than three (3) Wiley Rein employees; and to no more than one (1) Carella, Byrne employee for the purpose of organizing trial materials encompassing at least sixty (60) boxes at or around 12:00 pm on Friday, August 31, 2012.

  In addition, during the course of the trial, Defendants anticipate and request permission to bring into the Courtroom no more than three (3) laptops.

  If the foregoing is acceptable to Your Honor, it is respectfully requested that Your Honor "So Order" this letter.

Honorable Dennis M. Cavanaugh, U.S.D.J.
August 29, 2012
Page 2

Thank you for your continued attention to and consideration of this matter.

Respectfully yours,

CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO

*s/Melissa E. Flax*

MELISSA E. FLAX

MEF
cc:   Counsel of Record (via ECF and email)

SO ORDERED:

*[signature]*

HON. DENNIS M. CAVANAUGH, U.S.D.J.