UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

(Title of Action)

**Patrick Collins Inc**

Plaintiff,       :       Civil Action No. 2:12-cv-03907 ES CLW

v.                :       NOTICE OF MOTION

**John Does 1-44** Defendant.       :

PLEASE TAKE NOTICE **Newton Manzanillo**
_____
(Name of Moving Party)

will move before the Honorable **Judge Esther Salas**, U.S.D.J. on **October 1st, 2012**
(Motion days are the 1st and 3rd Monday of each month)

for an Order **Squash Supoena to produce Documents**
(describe type of relief being sought)

In support of my motion, I will rely on the attached brief (if necessary).

**Newton Manzanillo**
Name

**18 Marshall St, 40**
**Irvington, NJ 07111**
Address

Date: **08/31/12**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

(Title of Action)

Patrick Collins Inc

Plaintiff,

v.

John Does 1-44 Defendant.

Civil Action No. 2:12-CV-03907-ES-CLW

AFFIDAVIT IN SUPPORT OF MOTION

I, __Newton Manzanillo__ (Name of Moving Party) of full age, do certify and say:

State facts which you believe will support your request for the relief you are seeking. For example:

1. Your position — An Ip address is not like a drivers licence, it can be shared, stolen, and dynamically moved, it is not a direct indication that the owner is related to all usage.

2. Your relationship to the party — Self.

3. Reason for making the request — Not willing to allow release of personal information based on vague evidence

4. Any other information which you would like to provide in support of your request

__Newton Manzanillo__
Name (Signature)

**Notorized**

Date: 08/31/12

## CERTIFICATION OF SERVICE

I, __Newton Manzanillo__, certify that a copy of my motion was served
(Name of Moving Party)

by __Certified Mail__ on __August 31st, 2012__ upon:
(Mail, Personal Service, etc.)        (Date)

__Patrick S Cerillo__
(Name of Opposing Party)

__Patrick S Cerillo LLC__
__4 Walter Foram blvd, S 402__
__Flemington NJ 08822__
(Address of Opposing Party)


_____
Name (Signature)